UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYLEY MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 15-cv-05779-RS<br><br>**JUDGMENT** |

Pursuant to the order granting the motion to dismiss entered this date, judgment is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED**.

Dated: December 5, 2016

_____
RICHARD SEEBORG
United States District Judge